**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 1:24-CR-35 (LAG) (ALS) |
| : | |
| SHERRONICA JACKSON, and : | |
| ALAN BROWN, : | |
| : | |
| Defendants. : | |
| : | |

# **ORDER**

Before the Court is Defendant Alan Brown's Unopposed Motion to Modify Protective Order. (Doc. 48). Therein, Defendant, with the consent of the Government, moves to modify the Protective Order (Doc. 37) to allow Defense Counsel to review discovery with Defendant's family.

On August 14, 2024, Defendant was charged with one count of Conspiracy to Commit Bank Fraud and four counts of Bank Fraud. (Doc. 1). On October 3, 2024, the Government filed an Unopposed Motion for Protective Order, which the Court granted on October 7, 2024. (Docs. 36–37). The Protective Order "limits the use and dissemination of criminal discovery in this matter." (Doc. 37 at 1). Most relevantly, it provides that "[t]he Government's discovery materials provided to the defense may only be shared with (1) defense counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial staff working for defense counsel; (2) the Defendant; and (3) any retained financial analysts or other such experts whose duties require such records." (Doc. 37 at 1–2). Defendant now moves to modify this provision of the Protective order to allow him to review Discovery with Defendant's family. (Doc. 48 at 3). Defendant represents that "at an attorney client meeting . . . members of [Defendant] Brown's family . . . raised concerns . . . about [Defendant's] intellectual capacity, or lack thereof, affecting his ability to understand the subject of that meeting and also affecting his culpability[.]" (*Id.* at 2). Defendant further represents that "Counsel requests [modification of] the Protective Order

so that . . . [Defendant's] family . . . can provide input for the defense of [Defendant]. (*Id.* at 3).

The Protective Order provides that "[t]he parties reserve the right to seek modification of [the Protective Order] from the Court should the need arise[.]" (Doc. 37 at 2). Accordingly, as the Government consents to this modification and for good cause shown, Defendant's Motion (Doc. 48) is **GRANTED**. Counsel may review the criminal discovery in this matter with Defendant Brown's family. All remaining provisions of the protective order remain in effect.

**SO ORDERED**, this 1st day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**