# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Alan Brown | **Repayment Agreement and Order** | No: 1:24-CR-00035-003 |

On November 12, 2025, Alan Brown was sentenced to Time Served imprisonment, followed by a 60-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Brown. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.     As a result of the judgment entered against me on November 12, 2025, I have been ordered to pay a total restitution of $51,766.00 and a special assessment of $100.00.

2.     On November 12, 2025, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on January 5, 2026. The current balance of my restitution is $50,066.00.

3.     After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties.  Beginning on the 15th day of June 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $400.00 per month during the term of supervision.

| | |
|---|---|
| Alan Brown | 6-30-26 |
| Alan Brown | Date |
| | |
| Desmond A. Phillips, U.S. Probation Officer | 4-30-26 |
| **s/Barbara G. Parker** | Date |
| | **7/6/2026** |
| Assistant U.S. Attorney | Date |

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

July 15, 2026
Date